IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HELEN CHRISTENSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORTATION,<br><br>  Defendant. | CV 19–93–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 25th day of March, 2020.

*Judge Donald Molloy*
Donald W. Molloy, District Judge
United States District Court